# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIO A. DELEON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:21-cv-0003 JLT<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF LUCIO A. DELEON AND AGAINST DEFENDANT ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY |

On June 17, 2021, the parties stipulated to a voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 12.) Pursuant to the terms of the stipulation, an ALJ shall issue a new decision. (*Id.* at 1.) Further, the parties stipulated that judgment shall be entered in favor of Plaintiff. (*Id.*) Based upon the terms of the stipulation, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g); and

2. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Lucio A. Deleon and against Defendant Andrew Saul, Commissioner of Social Security.

IT IS SO ORDERED.

Dated: __**June 18, 2021**__　　　　　_____/s/ Jennifer L. Thurston_
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE