**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCIO A. DELEON, </br></br>　　　　Plaintiff, </br></br>　　v. </br></br>KILOLO KIJAKAZI[1], </br>Acting Commissioner of Social Security, </br></br>　　　　Defendant. | Case No.: 1:21-cv-0003 JLT </br></br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) </br></br>(Doc. 15) |

On September 10, 2021, Plaintiff Lucio Deleon and the Commissioner of Social Security stipulated for the award of attorney's fees and expenses in the amount of $520.04 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 15.)  Accordingly, the Court **ORDERS:**  Subject to the terms of the stipulation, Plaintiff is **AWARDED** fees and expenses in the amount of $520.04 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

　　Dated:　**September 10, 2021**　　　　　　_ /s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] This action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security. (*See* Doc. 1 at 1.) The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of Social Security, as the defendant. *See* Fed. R. Civ. P. 25(d).